APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HANDONG WEN,<br>Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| ROBERT E. WILLIS AND<br>FOXCODE, INC. | : | NO.  2:15-CV-01328-MAM |

<u>ORDER</u>

AND NOW, this _____ Day of _____, 20__, it is hereby

ORDERED that the application of <u>Philip Morgan Smith</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____ J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:15-CV-01328-MAM

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Philip Morgan Smith__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| New York | 02/13/1990 | 2329340 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| See attached Ex.A | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

*I am entering my appearance for*   Defendants

(Applicant's Signature)

04/13/2015
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Seyfarth Shaw LLP, 620 Eighth Ave, New York, NY 10018, (212) 218-4659

Sworn and subscribed before me this
13th Day of April, 2015

Notary Public

DENNIS G. FARRELL
Notary Public, State of New York
No. 31-01FA4883139
Qualified in New York County
Commission Expires April 23, 2019

10/04

Exhibit A - E.D.Pa. pro hac vice application - Philip Morgan Smith

Federal Court Admission

| Court | Admission Date | Attorney identification no. |
|---|---|---|
| U.S. Supreme Court | 04/29/1996 | |
| 2nd Circuit | 03/03/2009 | |
| 7th Circuit | 02/17/2012 | |
| D.C. Circuit | 06/23/1997 | 44926 |
| S.D.N.Y. | 04/13/1990 | PS8132 |
| E.D.N.Y. | 04/13/1990 | PS8132 |
| D. Co. | 09/23/2010 | |

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Philip Morgan Smith____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Jacob Oslick | [signature] | 11/22/2011 | Pa. 311028 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Seyfarth Shaw LLP, 620 Eighth Ave, New York, NY 10018, (212) 218-6480

Sworn and subscribed before me this

*13* Day of *April*, 20*15*

*Lydia Ravnikar*
Notary Public

LYDIA RAVNIKAR
Notary Public, State of New York
No. 01RA6019005
Qualified in Suffolk County
Commission Expires Feb. 1, 20*19*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HANDONG WEN,<br>Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| ROBERT E. WILLIS AND<br>FOXCODE, INC. | : | NO.   2:15-CV-01328-MAM |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of   Philip Morgan Smith   Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

Jared D. Bayer, Esq.

COZEN O'CONNOR, 1900 Market Street, Philadelphia, PA 19103

_[signature]_
Signature of Attorney

Jacob Oslick
Name of Attorney

Robert Willis, Foxcode In
Name of Moving Party

April 20, 2015
Date